# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00469-CV

**Walter Lee Hall, Jr., Appellant**

**v.**

**HSBC Mortgage Services, Inc., its Successors and Assigns, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-07-010279, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Walter Lee Hall, Jr., who is representing himself pro se, filed his notice of appeal in July 2008. In December 2008, we sent Hall notice that his brief was overdue. Rather than filing a brief that complied with the rules of appellate procedure, Hall filed a "motion for summary disposition of the appeal," as well as supplemental and reply filings. On May 28, 2009, we sent Hall notice that his brief was overdue and that he had until June 29 to file a brief. We also informed Hall that he was required to file a motion for extension of time to file his notice of appeal, in conformance with rules 10.5 and 26.3, and that the motion was due no later than June 11. We informed Hall that if he did not timely file the two required documents, we would dismiss the appeal. To date, Hall has not responded to our requests. We therefore dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed for Want of Prosecution

Filed:   August 13, 2009